

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00415-CR

**DILLANGER DWAYNE DRAPER,**

                                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                                    **Appellee**

### From the County Court at Law No. 1
### McLennan County, Texas
### Trial Court No. 20113091CR1

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Appellant personally signed the motion.  The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed
Opinion delivered and filed December 14, 2011
Do not publish
[CR25]